UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| OLE SMOKY DISTILLERY, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:19-CV-178-TAV-DCP |
| KING DISTILLING, CO. LLC, | ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Stipulation to Amend the Complaint ("Stipulation") [Doc. 71]. The Stipulation states that Plaintiff intends to file an Amended Complaint to include allegations regarding Defendant's intended use of SMOKY MOUNTAIN MOONSHINE and/or GREAT SMOKY MOUNTAINS MOONSHINE. The Court observes that Plaintiff has filed the proposed Amended Complaint [Doc. 71-1] as an exhibit to the Stipulation.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the court's leave. Here, the parties have agreed to the filing of Plaintiff's Amended Complaint. Accordingly, Plaintiff **SHALL** file its proposed Amended Complaint [Doc. 71-1] as its operative pleading in CM/ECF on or before **November 17, 2021.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge